IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK LAMAR DIXON.

    Petitioner

-vs-

WARDEN RARDIN

Case: 2:25-cv-11492
Assigned To : Hood. Denise Page
Referral Judge: Morris, Patricia T.
Assign. Date : 5/20/2025
Description: HC FREDERICK
DIXON V E RARDIN (SS)

## MOTION FOR IMMEDIATE CONSIDERATION

NOW COMES the Petitioner in this matter and ask the Court for a bonding pending the adjudication of this Writ for the following:

Prima facie Evidence support that Petitioner Dixon have served his 38 month sentence.

If Dixon isn't released on bond he will suffer irreparable harm.

Petitioner Dixon is being falsely imprison, and will have to serve additional prison time should this matter not be resolve promptly.

## CONCLUSION

WHEREFORE, for all of the above, Dixon pray this court grant the relief requested, and any additional relief deem just and fair.

5-13-25

Respectfully submitted,

*Frederick Dixon*
Frederick Dixon