UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

FREDERICK LAMAR DIXON,

    Petitioner

-vs-

Warden E. RARDIN,

    Respondent

Case: 2:25-cv-11492
Assigned To : Hood, Denise Page
Referral Judge: Morris, Patricia T.
Assign. Date : 5/20/2025
Description: HC FREDERICK
DIXON V E RARDIN (SS)

## MOTION FOR BOND

NOW COMNES Petitioner in pro se and move this court for a bond and says as follows:

1. I am being falsely imprison.

2. I was sentence to 38 month April 22, 2025 before the Hon. Judge Levi out of the Eastern District. Prior to this sentence, I have been in custody approximately 60 months for the charges resulting in my 38 month sentence.

3. Although 18 months of my time in custody was served toward a 18 month flop for State Parole Violation, disregarding those 18 months would still credit me for over 38 months served.

4. If the Court do not grant me this bond, I will suffer many months of irreparable harm.

5. I have submitted document which support prima facie evidence that my 38 month sentence has been fully served.

### CONCLUSION

WHEREFORE, for all of the above, Petitioner pray this court grant him a bond pending the adjudication of this matter.

Respectfully submitted,

5-13-25

*Frederick Dixon* (signature)