UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frederick Lamar Dixon, 26592039,

        Petitioner,                           Case No.  25-11492

v.                                                  Judge  Denise Page Hood

E. Rardin,                                    Magistrate Judge  Patricia T. Morris

        Respondent(s).
_____/

### ORDER TO CORRECT DEFICIENCY

    Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*.  See 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

    **IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee or an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order.  Failure to do so may result in dismissal of this action.  A copy of the *in forma pauperis* application is enclosed.

Date:  May 21, 2025                                         s/David R. Grand
                                                                        David R. Grand
                                                                        United States Magistrate Judge

---

### Certificate of Service

    I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  5/21/2025                                            s/Tracy Thompson
                                                                        Deputy Clerk