UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frederick Lamar Dixon,

      Petitioner(s),

v.             Case No. 2:25−cv−11492−DPH−PTM
             Hon. Denise Page Hood

E. Rardin,

      Respondent(s),

**NOTICE REGARDING PARTIES' RESPONSIBILITY
TO NOTIFY COURT OF ADDRESS CHANGE**

 **THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e−mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

 Failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

 Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E−Mail Address and/or Telephone Number
- Your Case Number
- If you are a prisoner, your Inmate Number

 Send your notice to the Clerk at:

  United States District Court
  Clerk's Office
  231 Lafayette Boulevard
  Detroit, Michigan 48226

 Remember, your failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

**Certificate of Service**

 I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

            KINIKIA D. ESSIX, CLERK OF COURT

            By: s/L. Granger
            Deputy Clerk

Dated: May 22, 2025