UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frederick Lamar Dixon, 26592039,

       Petitioner,

v.

E. Rardin,

       Respondent(s).
_____/

Case No.   25-11492

Judge  Denise Page Hood

Magistrate Judge  Patricia T. Morris

**ORDER REQUIRING RESPONSIVE PLEADING**

The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

**IT IS ORDERED** that a responsive pleading be filed in this matter on or before  August 13, 2025  . Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date:  June 13, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

**Certificate of Service**

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  June 13, 2025

s/N. Ahmed
Deputy Clerk