Frederick Dixon #26592-039
Milan Federal Detention Center
P.O. Box 1000
Milan, MI 48160

Hon. Judge Denise Page-Hood
United State District Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48826

June 9, 2025

FILED
JUN 17 2025
CLERK'S OFFICE
DETROIT

RE: 2:25-cv-11492-DPH-PTM

Your Honor:

    I'm writing to inform you that I'm being Air-lifted to another Prison. I do not know where, but I will contact the clerk when I arrive to my location. It appears that this is a case of diesel therapy - a situation where I will be transferred from jail to jail so my legal property or mail catch up with me.

    I am enclosing several Staff request relating to this case I would like the court to consider when it decide my case.

    I'm thanking you in advance for your time and consideration.

Respectfully submitted,

*Frederick Dixon*
Frederick Dixon

BP-A0148
DEC 23
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO BUREAU EMPLOYEE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Employee) Warden E. Rardin | DATE: June 2, 2025 |
|---|---|
| FROM: Frederick Dixon | REGISTER NO.: 26592-039 |
| WORK ASSIGNMENT: none | UNIT: East-118 FDC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir, it is my position that my sentence has expired. I have filed a Request for Administrative Remedy regarding this matter, as well as a Request for Nunc pro tunc. My Unit Team and the FDC Administrative Warden, Mr. Osland has not process either request's. All I'm requesting is that my Access to the Administrative Remedy Process be honored, and that the appropriate staff respond to my nunc pro tunc request promptly, since they have already exceeded the required period to respond. Thanking you in advance for your time and cooperation in this matter. Should you need any additional information, please feel free to contact me.

(Do not write below this line)

DISPOSITION:

Employee Signature                                  Date

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

| BP-A0148 JUNE 10 | INMATE REQUEST TO STAFF CDFRM |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Case Manager Cannon | DATE: June 2, 2025 |
|---|---|
| FROM: Frederick Dixon | REGISTER NO.: 26592-039 |
| WORK ASSIGNMENT: none | UNIT: East 118 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr. Cannon this is a follow up on the Request for Nunc Pro tunc designation I submitted to you. You advised me you referred the matter to Administrator Osland. As the record reflect, I was sentence to 38 months to run concurrent April 22, 2025 before Judge Levy. According to Counselor Orozco there is still no release date showing for me. I had someone contact the Designation & Time jComputation Unit, and they was told that they didn't even have a Judgment of Sentgence for me. All I'd like for you or someone to do is address my concerns in writing. I have a Request for Administrative Remedy I file on this matter, but no one has responded to it.

I'm thanking you in advance for your time and cooperation in this matter.

cc:file

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER      SECTION 6

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor Orozco | DATE: June 6, 2025 |
|---|---|
| FROM: Fred Dixon | REGISTER NO.: 26592-039 |
| WORK ASSIGNMENT: none | UNIT: FDC-East-118 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

My request for Nunc Pro Tunc Designation Administrative Remedy and False Imprisonment Administrative Remedy have not been timely responded to, nor have I receive notice that an extention been granted to reply late. As you are aware, the Warden had 20 days to reply. This is yet another attempt to deny me redress to the Administrative Remedy Process. I'm requesting that you immediately return my BP-9 so I can file a 10 to the Regional Director.

Thank You

cc. Judge Denise Page-Hood

(Do not write below this line)

DISPOSITION:

Signature Staff Member                                   Date

Record Copy - File; Copy - Inmate

PDF                               Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

Frederick Dixon #26592-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
13 JUN 2025 PM 15 L

U.S. MARSHAL

Clerk of the Court
Federal district Court-Eastern District
231 W. Lafayette Blvd.
Detroit, MI 48826

RECEIVED
JUN 17 2025
CLERK'S OFFICE
DETROIT