2

Frederick Dixon #26592-039
Cumberland Federal Facility
P.O. Box 1000
Cumberland, Maryland
21501



Clerk of Court
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48826

RE: Dixon vs Rarden, E
Hon. Denise Page Hood

Dear Clerk:

Please let the record reflect that my change of address is as above style. Would you please forward me any mail that has been ~~sent~~ sent to my prior address as of June 1, 2025. I'd also be thankful if you sent me a Register of ~~And~~ Action in this matter.

Thank you

Frederick Dixon

Frederick Dixon
Cumberland Federal Facility
P.O. Box 1000
Cumberland, Maryland 21505

RECEIVED
JUN 24 2025
CLERK'S OFFICE
DETROIT

BALTIMORE MD 212
20 JUN 2025 PM 3 L

Clerk of Court
Federal District Court
231 W Lafayette Blvd
Detroit, MI 48806

MARSHALS

48226-277758

