UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Frederick Lamar Dixon, #26592-039,

    Petitioner,

-vs-

E. Rardin,

    Respondent.
_____/

Case No. 25-cv-11492

Honorable Denise P. Hood
Mag. Judge Patricia T. Morris

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following changes of Assistant U.S. Attorneys of record for the above captioned case:

*Add the following AUSA:*

| | |
|---|---|
| Name: | Sarah Alsaden |
| Bar ID: | P86185 |
| Telephone: | (313) 226-9146 |
| Fax: | (313) 226-2372 |
| Email: | Sarah.Alsaden@usdoj.gov |

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/ Sarah Alsaden*
Assistant United States Attorney
211 W. Fort Street Suite 2001
Detroit, Michigan 48226
Sarah.Alsaden@usdoj.gov
313-226-9146

Dated: July 1, 2025