Frederick Dixon ç26592-039
FCI-Cumberland
P.O. Box 1000
Cumberland, MD. 21501-1000

Clerk of the Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48826

F I L E D
JUL 14 2025
CLERK'S OFFICE
DETROIT

July 7, 2025

        Dear Clerk:

        I recently filed a 2241 Habe. with this court. My case was assigned to the Honorable Denise Page Hood. I do not have my case number because I don't have any of my legal or personal property in my possession.

        I am writing you to request that you let the record reflect my new change of address is as follows: Frederick Lamar Dixon 26592-039
                        FCI-Cumberland,
                        P.O. Box 1000
                        Cumberland, MD 21501-1000

        I'm also respectfully requesting a Register of Action in this matter. This is my second request, however, I am not certain you received my first request, because I did not receive a response back.

        I'm thanking you in advance for your time and consideration.

                        Sincerely,

                        *Frederick Dixon*
                        Frederick L. Dixon

cc/file

Frederick Lamar Dixon ¢26592-039
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501-1000

Privilege Legal Mail

JUL 07 2025
MAILROOMREC'D

BALTIMORE MD 212

2 JUL 2025 PM 3 L

48226-271839

Clerk of the Court
Eastern District of Michigan
Southern Division
231 W. Lafayette Blvd.
Detroit, MI 48226

usa forever

FEDER...
1:...
CUM...

THE ENCLOSED
THROUGH S...
FOR FORWAR...
BEEN N...THER...
IF THE W...E
PROBLE... OVER
JURISDICTION...
THE MATE...AL F...
OR CLASSIFI...
ENCLO...ES C...
FOR M...DITI...
PLEASE R...