

```
Frederick Dixon 26592-039
FCI-Cumberland
P.O. Box 1000
Cumberland, MD 21501
```

July 17th, 2025

Honorable Denise Page Hood
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48826

RE: 2:25-cv-11492
    Dixon v. E. Rardin, Warden

**RECEIVED JUL 28 2025**
**FILED JUL 28 2025 CLERK'S OFFICE DETROIT**
**DENISE PAGE HOOD U.S. DISTRICT JUDGE**

Your Honor:

I'm currently being housed at FCI-Cumberland. I have been without my property going on two months. My property is at the facility, however, Staff simply refusing to give it to me. I have documents in that property that I wish to use as exhibits in the matter that is currently before you. I have copies of emails exchanged between my Attorney Margaret Raben, U.S. Marshal Don Hughes, and Counselor Grimm that support my claim that I was retaliatory transferred, and force to agree not to utilize the BOP Request For Administrative Remedy Process.

I also have emails between members of the Michigan Parole Board and Case Manager Polkinhorn regarding my parole status. In these documents the parole board was saying they could not parole me to my federal detainer until my federal charge was resolved. This eroneous position case me 30 months of dead-time, which is the subject of my Habeas Petition.

I'm affraid that the BOP authority is trying to cover up the role they played in all of this, and will therefore claim something happen to my property. If it's anyway possible, I'd appreciate it if you order the property room to release my property to me without further delay.

   I'm thanking you in advance for your time and consideration, should you need any additional information, please feel free to contact me.

P,S. Attorney Margaret Raben should still have all of the documents I'm referencing in my Case File. I have been emailing her, but I have not heard back from her.

REspectfully submitted,

*/s/ Fred Dixon/*

Frederick Dixon 26592-039
FCI-Cumberland
P.O. Box 1000
Cumberland, Maryland 21501

FCI CUMBERLAND
JUL 22 2025
MAILROOM REC'D

BALTIMORE MD 212
23 JUL 2025 PM 4 L

RECEIVED
JUL 29 2025
CLERK'S OFFICE
DETROIT

Honorable Denise Page Hood
United States District Court Judge
Eastern District, Detroit Michigan
231 W. Lafayette Blvd.
Detroit, MI 48826

48226-278151

RECEIVED
JUL 28 2025
DENISE PAGE HOOD
U.S. DISTRICT JUDGE

FREEDOM