UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK LAMAR DIXON

    Petitioner,

vs

Case No. 25-cv-11492
Hon DENISE PAGE HOOD
Mag. Patricia T. Norris

E. RARDIN

## SUPPLEMENTAL MOTION IN OPPOSITION TO
## MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

1. Jurisdiction is determined at the time an action is filed. Subsequent transfer of prisoners outside the jurisdiction in which they filed actions does not defeat personal jurisdiction. "United States v Edwards, 27 F.3d 564 (4th Cir 1994).

2, Jurisdiction over Petitioner Dixon was determined at the time the action was filed, not based on his sebsequent transfer to Cumberland, MD during pendency of his Section 2241 Petition; Martin v. United State 2006 U.S. Dist. LEXIS 6136.

3. Since Petition was properly filed in the Eastern Dist. of Michigan, this Court has authority to consider Petitioner's Petition based on the merits notwithstanding his transfer to a prison outside this District.

4. Mr. Dixon was denied his Due Process when The Michigan Parole Board fail to provide him with a Hearing in accord with MCL 791.240a, as well as in accord with Morrissey, 408 U.S. at 488. Not providing Dixon with a timely hearing costed him to not be credit for 30 months. Because of this administrative error and Dixon unblimish misconduct hearing qualify him for a Request for Nunc Pnoc Tunc Designation.

Dated: 7-14-25      Respectfully, Frederick L. Dixon

Dear Clerk:

Enclose, please find my Supplemental Petition to be filed with Judge Page Hood in 25-cv-11492. I'm thanking you in advance for you help in this matter.

Sincerely,

*Fred Dixon*
Frederick Dixon

7-14-21

Frederick Lamar Dixon 26592-039
FCI-Cumberland
P.O. Box 1000
Cumberland, MD 21501

privilege legal mail

Clerk of the Court
Federal District Court
Eastern District of Michigan
231 W. Lafayette, MI 48826
Detroit, MI 48826

BALTIMORE MD 212
15 JUL 2025 PM 2 L

RECEIVED
JUL 30 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

BC: 482262700099 DU *0192%024416-15-40
FWD  48226>2700
48226-277758
UNABLE TO FORWARD