## List of Exhibits

Exhibit A: Fanello Declaration and Attachments

Exhibit B: BOP Program Statement 5160.05