UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 16 2025
CLERK'S OFFICE
DETROIT

**Frederick Lamar Dixon**

    Petitioner,

    -vs-

**E. Rardin**

    Respondent.

_____/

Case No. 25-cv-11492

**Honorable Denise Page Hood**
**Mag. Judge Patricia T. Morris**

## MOTION TO GRANT PETITIONER'S WRIT OF HABEAS CORPUS

Now comes Petitioner Dixon in pro se and ask the court to grant his Petition for Writ of Habeas Corpus and says as follows:

1. On July 23, 2025 this Honorable Court gave the respondent 30 days to answer the merits of Dixon Petition, as well as the freedom to advance any arguments regarding Petitioner's claim that exhaustion would be futile. Apparently, respondent has decline to respond.

2. At the Heart of Mr. Dixon Petition, it is his position that the Bureau of Prison Designation & Sentence Computation Center Supervisor error in only granting him 250 days prior jail credit.

3. Dixon position is based on the fact that the BOP fail to reward him three years of prior jail credit that the Michigan Parole Board, in the mistaken belief that it could not parole him to a Federal Detainer until the complete adjudication of the Federal Indictment. This erroneous position led to the BOP faulty interpretation of **18 U.S.C. 3585(a),** believing that , that time should be attribute toward State Parole.

4. Dixon only had an 18 month flop to serve on State Parole. After this flop terminated, the parole board had a non-discretionary duty to provide Mr. Dixon a prompt hearin. See MDOC Policy Directive 6.05.104 (Parole Process.

5. The Parole Board did not provide Dixon with a parole hearing until after his guilty plea on his federal indictment, which was several years passed the time required to do so. See exhibit (a)

6. To the extent Dixon asserts that Michigan Parole authorities violated his right to Due Process, his claim is cognizable. When there has been a violation of the conditions of parole, the parole authorities, if they desire to take advantage of it, should proceed with reasonable diligence to carry out its duties. Failure to do so can result in a waiver of the violation and loss of jurisdiction.

7. The Parole Board action in this instant were so wrong or grossly negligent that requiring Dixon to serve an additional 24 months would be unequivocally inconsistent with fundamental principals of liberty and justice. Mr. Dixon had a protected liberty interest in continued release on parole, subject to the condition of that release. See Morrissey v. Brewer, 408 U.S. 471

8. The Parole Board knew or should have known that they could have parole Dixon to his detainer. IN fact, Mr. Dixon submitted evidence showing that the parole board had paroled several other state inmates to their federal detainer. See exhibit (b).

9. Mr. Dixon has remained in custody over 5 years on these related matters. He have not been in any trouble of any kind. He has completed all recommended programming. He has strong ties and support from his community. See attach letters from his sentence memorandum.

10. Mr. Dixon is entitled to credit against his federal sentence for that period of time during which he was erroneously held on state parole.

11. Dixon is entitled to all time in custody except the 18 months for his parole violation. The parole Board failure to perform their non discretionary duty should not be passed on to Mr. Dixon. As the record reflect, Dixon did everything humanly possible to get the parole board to honor their policy and honor MCL 780.751 and 791.240. Had Dixon been paroled to his detainer after he completed his 18 month flop, he would be done with his 38 month federal sentence.

WHEREFORE, for all of the above, Dixon Pray the court grant him the relief he seeks, and any additional relief deem fair and just.

Respectfully submitted,

*Frederick Dixon*
Frederick Dixon

9-2-25

Good Afternoon –  Exhibit (a)

Prisoner Dixon's federal pending charges must be resolved prior to consideration for release on parole. Prisoner Dixon cannot be paroled, even to a detainer, until the court proceedings for the federal case are final.

Prisoner Dixon will be returned to MDOC once the federal charges are resolved and will be scheduled for an interview with the Parole Board for parole consideration. The Parole Board members will decide at that time, if parole to the detainer is warranted.

Thank you!
Amy Moore, Department Manager
MDOC – Parole Board

517.335.3094 (fax)

Exhibit (b)

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator at Step II: 4-25-22

Grievance Identifier: JCS 22 02 1161 162

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Ci W, Curd by 4-24-22. If it is not submitted by this date, it will be considered terminated.

RECEIVED - MDOC
MAY 18 2023
Office of Legal Affairs

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Dixon | 158463 | JCS | Fed | on-going | 4-10-22 |

**STEP II — Reason for Appeal** Respondent's are mis-applying and mis-quoting PD 06.05.104. Respondent claim prisoners cannot be paroled, even to a detainer, until the court proceedins for the federal case are final. That is blatantly false. I am in Feder coustody with multiple prisoners who the parole board paroled to their federal detainer. See attach exhitbit which show that Romane Porter 518914 was given a parole to his detainer 4-4-2022. I have been back on parole violation since Sept. 29, 2020. I am free of misconducts. I am high probability for parole. I am entitled to be heard and seen by the parole board without further delay. Any further delay violate's the Equal Protection Clause of the 14th Amendmend as well as PD 06.05.104.

**STEP II — Response**

Date Received by Step II Respondent: 4-25-22

Grievant: 5-10-22

Respondent's Name (Print) _____ Respondent's Signature _____ Date _____

**STEP III — Reason for Appeal** Respondents at both Step one and two claims a prisoner can not be paroled, even to a detainer, until the court proceedings for the federal case are final. That is not true, and respondent fails to support this position with lawful authority. In fact, they're ignoring my attachment of Romane Porter being paroled to his Federal Detainer. To take such a position violate's my Equal Protection Rights guaranteed by U.S. Constitution.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White - Process to Step III; Green, Canary, Pink - Process to Step II

NICOLE CALDWELL

YPSILANTI, MI 48197

MARCH 22, 2025

DEAR JUDGE LEVY:

MY NAME IS NICOLE CALDWELL. I AM 30 YEARS OLD. I AM A LIFE-LONG RESIDENT OF WASHTENAW COUNTY, MI. I AM A SINGLE MOTHER OF THREE, AGE 6 THROUGH 12. I WORK FULLTIME AT POPEYE'S CHICKEN. I AM WRITING IN SUPPORT OF ANTAR BANTU.

I MET ANTAR SEVEN YEARS AGO DURING MY DRUG ADDICTION. MY DRUGS OF CHOICE ARE OPIATE AND COCAINE. I'VE BEEN SUBSTANCE FREE GOING ON FOUR YEARS. ANTAR IS THE KINDEST AND MOST LOVING PERSON I KNOW. WHEN I WAS HOMELESS AND AT MY LOWEST, HE NEVER JUDGE ME OR MISTREATED ME. HIS HOME WAS ALWAYS OPEN TO ME AND OTHERS WHO LIKE ME WERE ADDICTS AND HOMELESS. ANTAR ALWAYS WAS IN MY EAR AS WELL AS OTHERS, ENCOURAGING US TO GO TO TREATMENT AND TO GAIN BACK CONTROL OF OUR LIVES. IT WAS THIS ENCOURAGEMENT AND A BOOK HE GAVE ME, (REAL LOVE, BY AVA MUHAMMAD) THAT LED TO MY RECOVERY.

I'VE KEPT IN CONTACT WITH ANTAR THE MAJORITY OF HIS INCARCERATION. HIS ADVISE, ENCOURAGEMENT, AND POSITIVITY BEEN INVALUABLE. HE HAS EXPRESS TO ME HIS DESIRE TO WORK AND PARTNER WITH WASHTENAW COUNTY SSTREET OUTREACH PROGRAM. HE IS POPULAR WITH THE YOUTH AND A SECTOR OF THE COMMUNITY THAT HIS STREET CREDIBILITY AND RELATIONSHIPS WILL MAKE HIM MOST EFFECTIVE IN BUILDING UP AND RESTORING THE THE VERY NEIGHBORHOODS HE ONCE CONTRIBUTE TO TEARING DOWN. I HOPE THE COURT GIVE HIM THE NEW OPPORTUNITY HE SEEKS AND DESERVE.

SINCERELY,

19

Thomas Thompson #07332104
P.O. Box 1000
Milan, MI 48160

Hon. Judith Levy
Federal District Court Judge        Dec. 22, 2024
200 E. Liberty St. Suite 300
Ann Arbor, MI 48104

RE: Frederick L. Dixon

Your Honor:

I'm an Oceanographer and an Inventor. My crew and I were able to locate the SS Central America that sank 1857 beneath stormy seas off the Carolina Coast laden with 21 tons of California gold. 100 years later using submersible robot I invented, we were able to recover the loss treasure. I'm currently an inmate at the Detention Center on Civil Contempt.

I'm writing you on behalf of Mr. Dixon. I met him 2½ years ago. Mr Dixon capacity for love and forgiveness is the greatest I have ever witness in practical application. I suffer from Multiple Chemical Sensistivity (MCS), a type of chemical hypersensitivity which trigger's my immune system to be hyperactive and to demodulate, setting up holes in my immune system that cause, for example, reactivation of latent abdominal viruses that inflame and attack abdominal organs and the spinal cord. Dixon volunteered to be my care-taker. Absent his assistance, it is highly unlikely I would have survived this experience.

Mr. Dixon is the selfless individual I know. I have witness him day-in and day-out mentor the youth, tutor, and provide legal research assistance.

I am aware of Dixon past trouble with the law; however, I'm convince he is remorseful and will not return to his past lifestyle. In fact, I'm committed to assisting him upon his release in anyway he may need help -- this include, but is not limited to housing, job, and transportation.

I'm thanking you for your time and allowing me to share this information with you. If the court need additional information, feel free to contact me or my attorney Keith E. Golden of Columbus, Ohio.

Respectfully submitted,

*Thomas G. Thompson* (signature)
Thomas G. Thompson

20

Sharon Bushong

Ecorse, MI 48229

March 11, 2025

The Honorable Judge Judith E. Levy
Federal District Court-Eastern District of Michigan
200 E. Liberty Street, suite 300
Ann Arbor, MI 48104

Dear Judge Levy:

May this letter finds you and yours well. I am writing you on behalf of my brother, Frederick Lamar Dixon. I'm hoping that the information I share will be helpful in assisting you with what sentence you give him.

My brother and three other siblings grew up in the Mississippi Delta during the turbulent sixties. Our father was murdered by three white teens for the sport of it. As a result of the death of our father and the poor health of our mother, we were raised by a sharecropping couple, the Dixon's.

As adults, I became estrange from Frederick because of our different lifesytles. We open communication again when I learned that he had a new baby (PIPER) in foster-care, and needed a family member to gain guardianship of her.

In our effort to bring her home I had the pleasure of getting to know all of his other children, and I was very impressed with what I witness from them. I'm also convince from my almost daily communication with him, th at his change is genuine. I'm so convinced that I've agreed to allow him to be released to my resident. I would not have done that if he had not changed.

My brother has express interest in atoning and making amend, and his actions support that. He has done everything humanly possible to pput himself in position for a smooth transition back into the mainstream of society, should you grant him that chance. I believe he has worked hard for and deserve that chance, and I'm asking you to please give him that chance.

Respectfully,

Sharon Denise Bushong

CC: Attorney Margaret Raven

21

DEAR JUDGE LEVY:

MY NAME IS JASMINE HAMPTON. I AM 28 YEARS OLD. I'M THE DAUGHTER OF ANTAR BANTU, AKA FREDERICK DIXON. I'M A LIFE-LONG RESIDENT OF ANN ARBOR, MI. I GRADUATE FROM PIONEER HIGH SCHOOL. I AM A PROFESSIONAL BOXER. I'D LIKE TO MAKE A STATEMENT IN BEHALF OF MY FATHER FOR HIS UP-COMING SENTENCING HEARING.

DESPITE THAT MY FATHER IS BEFORE THE COURT ON THESE CURRENT CHARGES, HE IS A VERY KIND AND COMPASSIONATE PERSON. ALTHOUGH HE HAVE LIVED A TROUBLE PAST, HE HAS SHMEHOW ALWAYS FOUND AWAY TO REMAIN RELEVANT IN MY SIBLING AND MY LIFE. I KNOW MY FATHER REGRET AND ACCEPT RESPONSIBILITY FOR HIS ACTION. AND THERE IS NO DOUBT IN MY MIND THAT HE IS ADDRESSING THE ISSUES THAT LED TO HIM OFFENDING.

I LOSSED MY MOTHER DURING THE COVID PANDEMIC. HER PASSING DEVASTATED ME. I WENT INTO A STATE OF DEPRESSION, AND IT WAS MY FATHER WHO PULED ME OUT. HE WAS INSTRUMENTAL IN GETTING ME TO REACH OUT TO MY AUNT SHARON, HIS SISTER, WHO HAVE BEEN GOD SENT.

IN CLOSING, I'D LIKE TO THANK YOU FOR GRANTING ME THIS OPPORTUNITY TO SPEAK WITH YOU. IF YOU CAN FIND IT IN YOUR HEART, I'M ASKING YOU TO SHOW MERCY AND RELEASE MY FATHER. MY FAMILY NEED HIM, AND I BELIEVE HE IS DONE WITH HIS SORDID LIFESTYLE. I BELIEVE HE WILL LIVE THE REMAINDER OF HIS LIFE A PRODUCTIVE AND CONSTRUCTIVE MEMBER OF HIS COMMUNITY.

SINCERELY,

JASMINE HAMPTON

PS. IF THE COURT HAVE ANY QUESTION FOR ME, I CAN BE CONTACTED AT ▮

22

MARCH 10, 2025

JUDGE LEVY:

My name is Bakari Dixon. I'm 31 years old. I live in Grand Rapid, Michigan. I am currently attending F.C.G. Trucking School. I was released from Michigan Department of Correction (MDOC) six months ago after serving eight years. I write you in support of my father, Antar Bantu, aka Frederick Dixon.

My dad fathered two children by my mother, Shannon Dixon; Raziya Dixon and I. My father have always supported us, even during his periods of incarcerations. Despite his troubled past, he always found time for us.

My dad is my best friend. He has always had my back. During my prison sentence, he always kept in contact with me, making sure I had the things I needed. He also have always encourage me to be productive and constructive. He and I communicate daily, and he is motivation and inspiration for me.

My sister and I, as well as my other siblings are willing to help our father in his transition back into society. He is the pillow of our family. He's missed and we're hoping you release him to us.

I'm thanking you for your time. If you have any questions, I can be reached at █████

Sincerely,

Bakari Dixon

*Bakari Dixon* (signature)

23

March 10, 2025

Judge Levy:

My name is Raziya Dixon. I'm a 29 year old mother of three boys. I'm a resident of Grand Rapid, MI. I write this letter in support of my Dad, Antar Bantu.

My dad is a kind and caring father. He have always been there for me, offering sound advise and helping with my boys. I know he regret being involved in the offense he's before the court on, and he has expressed to me his willingness to atone and do better upon his release. I'm asking that you show mercey, and give my dad another opportunity.

Thank you for your consideration. If you wish to contact me, I can be reached at ███████

Sincerely,

*Raziya O'Rae Dixon*
Raziya O'rae Dixon

24

**You have received a jpay letter, the fastest way to get mail**

From: Amber Karr, CustomerID: 22828761
To: FREDERICK DIXON, ID: 158463
Date: 2/18/2021 12:53:45 PM EST, Letter ID: 1078264403
Location: JCS
Housing: -A-021BOTL



My Daughter Jasmine and I Night out on the Town

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

25

FREDERICK DIXON 158463 JCS Lock: -A-021BOTL ID:15259054 [p 2/4]

**You have received a jpay letter, the fastest way to get mail**

From : richard howard, CustomerID: 3245004
To   : FREDERICK DIXON, ID: 158463
Date : 12/25/2010 12:24:22 PM EST,   Letter ID: 15259054
Location : JCS
Housing : -A-021BOTL



My 49 year old son Richard Howard and grand-daughter Mya. Richard has a Master's in History and live in Ethiopia with his wife and daughter.

**jpay Tell your friends and family to visit www.jpay.com to write letters and send money!**

26



MY DAUGHTER ANTARESE
ATL - Police officer





MY DAUGHTER VICTORIA AND CHILD



27

You have received a **jpay** letter, the fastest way to get mail

From : Dee Hands, CustomerID: 24984495
To : FREDERICK DIXON, ID: 158463
Date : 3/1/2021 4:40:49 PM EST, Letter ID: 1088345748
Location : JCS
Housing : -A-021BOTL



ANTAR AND DAUGHTER'S Antarese, Raziya, and RUKIYA at Dundee Water Park with his Grand Children

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

28



My Daughter
Victoria



MY DAUGHTER RAZIYA DIXON
PERFORMING IN ATL

DAUGHTER JASMINE
AFTER HER FIGHT

29

Frederick Lamar Dixon 26592-039
Federal Correctional INstitute Cumberland
P.O. Box 1000
Cumberland, MD 21501

RECEIVED
SEP 16 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the Court
Federal District Court
Eastern District - Southern Division
231 W. Lafayette Blvd.
Detroit, MI

