UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FREDERICK LAMAR DIXON,**

      Petitioner,

v.                      **CASE NO. 2:25-CV-11492**
                            **HONORABLE DENISE PAGE HOOD**
                            **UNITED STATES DISTRICT JUDGE**

**ERIC RARDIN,**

      Respondent,
_____/

## **JUDGMENT**

The entitled came before the Court on a Petition for Writ of Habeas Corpus.

In accordance with the Memorandum Opinion and Order entered this date:

    The Petition for Writ of Habeas Corpus is DENIED.
    Petitioner is GRANTED Leave to Appeal *In Forma Pauperis*.

Dated at Detroit, Michigan, this 30th day of January, 2026.

                                          KINIKIA D. ESSIX
                                          CLERK OF THE COURT

APPROVED:                          BY:  <u>La Shawn Saulsberry</u>
                                                      DEPUTY CLERK

<u>S/DENISE PAGE HOOD</u>
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE